

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 14-MJ-1667 |
| v. | |
| Kevin Cohn | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of <u>Defendant</u> _____, IT IS ORDERED that a detention hearing is set for <u>8/29/2014</u> _____, _____, at <u>2:00</u> _____ ☐a.m. / ☒p.m. before the Honorable <u>Jean P. Rosenbluth</u> _____, in Courtroom <u>Roybal, 341</u> _____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or

_____ and produced for the hearing.
_(Other custodial officer)_

Dated: <u>8/25/14</u> _____        _Jun Rosenbluth_
                                          U.S. ~~District Judge~~/Magistrate Judge